UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:   CV 20-01500 FMO (RAO)                     Date:   June 16, 2020
Title:      Michael Jame Addineh v. Fariba Kermanshashi, et al.

Present:        The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

|              Donnamarie Luengo              |              N/A              |
|---------------------------------------------|-------------------------------|
| Deputy Clerk                                | Court Reporter / Recorder     |

Attorneys Present for Plaintiff(s):          Attorneys Present for Defendant(s):

                 N/A                                          N/A

**Proceedings:**        (In Chambers) **ORDER TO SHOW CAUSE**

On March 6, 2020, Defendants filed a Motion to Dismiss ("Motion").  Dkt. No. 7.  The Motion noticed a hearing for April 13, 2020 at 10:00 a.m.  *Id.*  According to this district's local rules, an opposition or statement of non-opposition was due by March 23, 2020.  *See* L.R. 7-9. To date, no opposition or statement of non-opposition has been filed.

**Plaintiff is ordered to show cause, in writing, no later than <u>July 7, 2020,</u>** why this action should not be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).  Alternatively, Plaintiff may discharge this Order by filing an opposition or a notice of non-opposition to the Motion on or before this deadline.

**Plaintiff is expressly advised that failure to timely file a response to this Order will result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

                                                            _____ : _____
                                          Initials of Preparer   _____dl_____