# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAME ADDINEH,<br><br>Plaintiff,<br><br>v.<br><br>FARIBA KERMANSHAHI, et al.,<br><br>Defendants. | Case No. CV 20-01500 FMO (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING MOTION TO CONSOLIDATE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint, Defendant's Motion to Dismiss, the Magistrate Judge's Report and Recommendation ("Report"), and all other records and files herein. Further, the Court has made a *de novo* determination of those portions of the Report to which Plaintiff has objected. The Court is not persuaded by Plaintiff's objections. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///
///
///
///
///
///

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED without prejudice and without leave to amend. Plaintiff's Motion to Consolidate, Dkt. No. 30, is DENIED AS MOOT.

DATED: October 13, 2020 _____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE