**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAME ADDINEH, | Case No. CV 20-01500 FMO (RAO) |
| Plaintiff, | |
| v. | JUDGMENT |
| FARIBA KERMANSHAHI, et al., | |
| Defendants. | |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith, IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice and without leave to amend.

DATED: October 13, 2020

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE